No. 67503—Selectile Co., Inc. *v.* United States, protests 61/13278 and 61/13276 (Los Angeles).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of polished marble slabs similar in all material respects to those the subject of *United States* v. *Selectile Co., Inc., Frank P. Dow Co., Inc., of L.A., et al.* (49 CCPA 116, C.A.D. 805), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MARCH 11, 1963

No. 67504.—Adorence Co. et al. *v.* United States, protests 59/28226, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of nylon gloves and mittens similar in use to cotton gloves and mittens and that the issues are the same in all material respects as those in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiff was sustained, with the exception of the items of merchandise in protest 60/218 contained in cases 31, 47, and 48, which were withdrawn from warehouse subsequent to the enactment of Public Law 85-645 (T.D. 54676), effective September 13, 1958.

No. 67505.—Jermi Silk, Inc. *v.* United States, protest 59/30590 (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of nylon fabrics similar in use to silk woven fabrics, bleached, not Jacquard-figured, and exceeding 30 inches in width, and the record establishing that the merchandise was withdrawn from warehouse prior to the enactment of Public Law 85-645 (T.D. 54676), effective September 13, 1958, the claim of the plaintiff was sustained. *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), followed.